C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Natasha Antumn Heck      )      **MOTION**
                                )      **CHAPTER 13**
                                )
                                )      No. B-10-82111 C-13D
                                )
         Debtor                 )

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtor has failed to make the scheduled payments into the Plan since filing. The Standing Trustee's office has contacted the Debtor regarding the delinquent payments, and the Debtor has not responded.

The Standing Trustee respectfully recommends to the Court that the Debtor be dismissed from the Chapter 13 Plan prior to confirmation for failure to pay the scheduled plan payments.

Date:   January 26, 2011                       s/Richard M. Hutson, II
RMH:ltp                                        Standing Trustee
-------------------------------------------------------------------------------------------------------

**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **February 17, 2011**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date:   January 26, 2011                       OFFICE OF THE CLERK
                                               U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
B-10-82111 C-13D

Natasha Antumn Heck
2601 Andrews Drive
Sanford, NC 27332

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Post Office Box 3613
Durham, NC 27702